UNITED STATES of America,
Plaintiff—Appellee,

v.

Roberto Charles YSASSI, Jr.,
Defendant—Appellant.

No. 09–10049.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Oct. 28, 2009.

Elizabeth A. Olson, Esquire, Assistant U.S., U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Chad Albert Bowers, Esquire, The Law Office of Chad A. Bowers, Ltd., Las Vegas, NV, Defendant–Appellant.

Roberto Charles Ysassi, Jr., pro se.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

Roberto Charles Ysassi, Jr. appeals from the 115–month sentence imposed on remand for resentencing following his jury-trial conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ysassi contends that he was denied his Sixth Amendment right to self-representation during the resentencing hearing. The record reflects that Ysassi's request to proceed pro se was improperly denied, but that the error was harmless. *See United States v. Maness,* 566 F.3d 894, 897 (9th Cir.2009). Ysassi's contention that the district court should have conducted a new *Faretta* canvass at the resentencing hearing is without merit because both the magistrate judge and the district court conducted full *Faretta* hearings confirming his knowing and intelligent waiver of counsel

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

prior to authorizing Ysassi to represent himself in the case.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.